B 5 (Official Form  5) (12/07)

| UNITED STATES BANKRUPTCY COURT | INVOLUNTARY |
|---|---|
| District of Delaware | PETITION |

| IN RE (Name of Debtor – If Individual:  Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| The Worth Collection, LTD. | |

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 13-3610109 | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 520 8th Ave, Rm 2301, New York, NY 10018 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS New York County | |
| ZIP CODE 10018 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7     ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts (Check **one** box.) | Type of Debtor (Form of Organization) | Nature of Business (Check **one** box.) |
|---|---|---|
| Petitioners believe: | ☐ Individual (Includes Joint Debtor) | ☐ Health Care Business |
| | ☑ Corporation (Includes LLC and LLP) | ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B) |
| ☐ Debts are primarily consumer debts | ☐ Partnership | ☐ Railroad |
| ☑ Debts are primarily business debts | ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Stockbroker |
| | | ☐ Commodity Broker |
| | | ☐ Clearing Bank |
| | _____ | ☑ Other  E-commerce/clothing |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. | ☑ Full Filing Fee attached |
| ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** _The Worth Collection, L_

**Case No.**_____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _/s/ Cameron Krone_ | _/s/ Maria Aprile Sawczuk_   02/14/2020 |
|---|---|
| Signature of Petitioner or Representative (State title) | x Signature of Attorney                     Date |
| Slate Studios, LLC                      02/14/2020 | Goldstein & McClintock LLLP |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | 501 Silverside Road, Suite 65, Wilmington, DE 19809 |
| Name & Mailing Address of Individual Signing in Representative Capacity        Cameron Krone, 51-02 21st Street, 4th Floor, New York, NY 11101 _____ | Address (302) 444-6710 Telephone No. |

| x _/s/ Lucyann Cruz_ | _/s/ Maria Aprile Sawczuk_   02/14/2020 |
|---|---|
| Signature of Petitioner or Representative (State title) | x Signature of Attorney                     Date |
| North East Courier, Inc.              02/14/2020 | Goldstein & McClintock LLLP |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | 501 Silverside Road, Suite 65, Wilmington, DE 19809 |
| Name & Mailing Address of Individual Signing in Representative Capacity        Lucyann Cruz 48 Forest Street N Arlington, NJ 07031 _____ | Address (302) 444-6710 Telephone No. |

| x _/s/ Chang Lan Qu_ | _/s/ Maria Aprile Sawczuk_   02/14/2020 |
|---|---|
| Signature of Petitioner or Representative (State title) | x Signature of Attorney                     Date |
| Newell Fashion Center Inc.              02/14/2020 | Goldstein & McClintock LLLP |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | 501 Silverside Road, Suite 65, Wilmington, DE 19809 |
| Name & Mailing Address of Individual Signing in Representative Capacity        Chang Lan Qu, 307 W. 36th St., 4th Flr., New York, NY 10018 _____ | Address (302) 444-6710 Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Slate Studios, LLC (see above) | advertising/editorial | 24,584.83 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| North East Courier, Inc. (see above) | transportation/courier | 51,925.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Newell Fashion Center Inc. (see above) | manufacturing | 100,859.00 |
| Note:      If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 177,368.83 |

_____continuation sheets attached