**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | ) |
| In re: | ) Chapter 7 |
| | ) |
| THE WORTH COLLECTION, LTD., | ) Case No. 20-10337 (BLS) |
| | ) |
| Alleged Debtor. | ) |
| | ) |

**FIFTEENTH STIPULATION FURTHER EXTENDING TIME FOR ALLEGED**
**DEBTOR TO RESPOND TO INVOLUNTARY PETITION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Ad Hoc Committee

of Creditors, comprised of Slate Studios, LLC, North East Courier, Inc., Newell Fashion Center

Inc., Superb Stitch Inc., CK Trading Co., Ltd., River Glory Limited, and Co-Source Solutions

(collectively, "Petitioners"), and the alleged debtor The Worth Collection, LTD. (the "Alleged

Debtor"), by and through their undersigned counsel, that the time within which the Alleged Debtor

must answer or otherwise respond to the *Amended Chapter 7 Involuntary Petition* [D.I. 8] is

extended from October 2, 2020 to November 2, 2020.

| **GOLDSTEIN & MCCLINTOCK LLLP** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
|---|---|
| */s/ Maria Aprile Sawczuk* | */s/ Richard M. Beck* |
| Maria Aprile Sawczuk (DE Bar No. 3320) | Richard M. Beck (DE Bar No. 3370) |
| 501 Silverside Road, Suite 65 | 919 N. Market Street, Suite 1000 |
| Wilmington, DE 19809 | Wilmington, Delaware 19801 |
| Telephone: (302) 444-6710 | Telephone:    (302) 426-1189 |
| Email:  marias@goldmclaw.com | Email: rbeck@klehr.com |
| | |
| *Counsel for the Petitioners* | -and- |

| | |
|---|---|
| Dated:  September 30, 2020 | Morton Branzburg (*pro hac vice* to be filed)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:    (215) 569-2700<br>Facsimile:    (215) 568-6603<br>Email:  mbranzburg@klehr.com<br><br>*Counsel for Alleged Debtor The Worth Collection, LTD.* |