# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| THE WORTH COLLECTION, LTD., | ) Case No. 20-10337 (BLS) <br> ) |
| Alleged Debtor. | ) <br> ) <br> ) |

## AMENDED NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON
## FEBRUARY 25, 2021 AT 10:00 A.M. (EASTERN TIME)

## **THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

CONTINUED MATTERS:

1. Chapter 7 Involuntary Petition Filed by Petitioning Creditors Slate Studios, LLC, North East Courier, Inc., Newell Fashion Center Inc. [Docket No. 1; Filed 02/14/2020]

    Response Deadline:    November 2, 2020 at 4:00 p.m.

    Responses Received:

        A.    Answer to Involuntary Petition filed by The Worth Collection, LTD. [Docket No. 40; Filed October 23, 2020]

    Related Documents:

        B.    Amended Chapter 7 Involuntary Petition [Docket No. 8; Filed 02/18/2020]

        C.    Summons Service Executed on The Worth Collection, Ltd. [Docket No. 9; Filed 02/18/2020]

        D.    Agreed Order Continuing Hearing on Involuntary Petition [Docket No. 49; Filed 01/22/2021]

    Status:    The status conference on this matter is adjourned to March 24, 2021 at 9:15 a.m.

| | |
|---|---|
| Dated: February 2**4**, 2021<br>Wilmington, Delaware | */s/ Sally E. Veghte*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Sally E. Veghte (DE Bar No. 4762)<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>-and-<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Morton R. Branzburg (*pro hac vice admission pending*)<br>1835 Market Street, 14th Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-2700<br>Facsimile: (215) 568-6603<br><br>*Attorneys for Alleged Debtor The Worth Collection, LTD.* |