IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THE WORTH COLLECTION, LTD., | ) | Case No. 20-10337 (BLS) |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON
MARCH 24, 2021 AT 9:15 A.M. (EASTERN TIME)

---

**ZOOM INSTRUCTIONS:**

The remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. CourtCall will NOT be used to dial in.

Please use the following link to register for this hearing:

https://debuscourts.zoomgov.com/meeting/register/vJIscuGgpz8jGDywjEfW2vWJmo5xEJZUVyk

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the meeting.

---

UNCONTESTED MATTERS:

1. Chapter 7 Involuntary Petition Filed by Petitioning Creditors Slate Studios, LLC, North East Courier, Inc., Newell Fashion Center Inc. [Docket No. 1; Filed 02/14/2020]

    Response Deadline:   November 2, 2020 at 4:00 p.m.

    Responses Received:

    A.   Answer to Involuntary Petition filed by The Worth Collection, LTD. [Docket No. 40; Filed October 23, 2020]

    Related Documents:

    B.   Amended Chapter 7 Involuntary Petition [Docket No. 8; Filed 02/18/2020]

|  |  |  |
|---|---|---|
| | C. | Summons Service Executed on The Worth Collection, Ltd. [Docket No. 9; Filed 02/18/2020] |
| | D. | Agreed Order Continuing Hearing on Involuntary Petition [Docket No. 49; Filed 01/22/2021] |
| Status: | | This matter will go forward as a status conference. |

Dated: March 22, 2021
Wilmington, Delaware

*/s/ Sally E. Veghte*

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

-and-

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Morton R. Branzburg (*pro hac vice admission pending*)
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603

*Attorneys for Alleged Debtor The Worth Collection, LTD.*