IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| THE WORTH COLLECTION, LTD., | ) | Case No.  20-10337 (BLS) |
| | ) | |
| Debtor. | ) | |

## ORDER FOR RELIEF

Upon consideration of the Chapter 7 Involuntary Petition [Docket No. 1]; and the Court

being advised on the record at the hearing held on March 24, 2021 that the putative Debtor

consents to the entry of an Order for Relief, it is hereby

ORDERED, that an Order for Relief is entered in this case.


Dated: Wilmington, Delaware
      March 24, 2021
                                      Brendan Linehan Shannon
                                      United States Bankruptcy Judge


cc:      Jane Leamy, Esquire