**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| THE WORTH COLLECTION, LTD., | ) | Case No. 20-10337 (BLS) |
| | ) | |
| *Debtor.* | ) | |

### NOTICE OF ACCEPTANCE

    I, Douglas T. Tabachnik, hereby acknowledge my election and agree to serve as chapter 7 trustee in The Worth Collection, LTD., bankruptcy case.

Dated: June 29, 2021

_____
Douglas T. Tabachnik

1