IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THE WORTH COLLECTION, LTD., | ) | Case No. 20-10337 (BLS) |
| | ) | |
| | ) | Related to Docket No. 96 |
| Debtor. | ) | |

**ORDER GRANTING THE TRUSTEE ADDITIONAL TIME
TO FILE SCHEDULES AND STATEMENTS**

Upon the motion (the "*Motion*")[1] of the Trustee for entry of an order granting the Trustee additional time within which to file the Schedules and Statements; and it appearing that the relief requested herein is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of this Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Trustee shall have until October 1, 2021 to file the Debtor's Schedules and Statements pursuant to Bankruptcy Rule 1007(c); and it is further

ORDERED that such extension is without prejudice to the Trustee's right to seek a further extension of time to file the Debtor's Schedules and Statements or to seek a waiver of the requirement for filing certain Schedules and Statements; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a); and it is further

ORDERED that notwithstanding any provision in the Bankruptcy Rules to the contrary, the Trustee is not subject to any stay in the implementation, enforcement, or realization of the relief granted in this Order and the Trustee may, in his discretion and without further delay, take any action and perform any act authorized under this Order; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September 7th, 2021
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE