IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THE WORTH COLLECTION, LTD., | ) | Case No. 20-10337 (BLS) |
| | ) | |
| | ) | Related to Docket No. 111 |
| Debtor. | ) | |

**ORDER (I) AUTHORIZING THE SALE OF THE DEBTOR'S INTELLECTUAL PROPERTY IN ACCORDANCE WITH THE SALE DOCUMENTS; (II) APPROVING THE FORM AND MANNER OF UPSET BIDDING PROCEDURES; AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "*Motion*")[1] of the Trustee for entry of an order (I) authorizing the sale of the Debtor's intellectual property in accordance with the Sale Documents; (II) approving the form and manner of upset bidding procedures and (III) granting related relief; and it appearing that the relief requested herein is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of this Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Trustee is authorized to proceed with the sale of the Debtor's intellectual property, pursuant to the Sale Documents, subject to higher and better offers in the sole

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

discretion of the Trustee in consultation with representatives of the secured creditor MidCap; and it is further

ORDERED that the Upset Bid Procedures described in the Motion are approved; and it is further

ORDERED that the 14 day stay requirements of Bankruptcy Rules 6004(h) and 6006(d) are hereby waived and the Trustee is not subject to any stay in the implementation, enforcement, or realization of the relief granted in this Order and the Trustee may, in his discretion and without further delay, take any action and perform any act authorized under this Order; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: January 10th, 2022
Wilmington, Delaware

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**