## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THE WORTH COLLECTION, LTD., | ) | Case No. 20-10337 (BLS) |
| | ) | |
| *Debtor.* | ) | Related to Docket No. 111 |

### NOTICE OF CHANGE FROM NO ASSET TO ASSET

Undersigned counsel for Douglas T. Tabachnik, as the Chapter 7 Trustee (the "*Trustee*") of The Worth Collection, Ltd. (the "*Debtor*"), hereby changes the case designation from no asset to asset.

Dated: January 14, 2022

GOLDSTEIN & MCCLINTOCK LLLP

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
(302) 444-6710
marias@goldmclaw.com

*Counsel for the Chapter 7 Trustee*