# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
The Worth Collection, LTD.

520 8th Ave.
Rm 2301
New York, NY 10018
 **EIN:** 13−3610109

**Chapter:** 7

**Case No.:** 20−10337−BLS

## NOTICE THAT THERE ARE ASSETS FROM
## WHICH A DIVIDEND MIGHT POSSIBLY BE PAID TO CREDITORS

**YOU ARE HEREBY NOTIFIED** that there are assets from which a dividend might possibly be paid to creditors.

In order to share in any distribution, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court. Claims must be filed within ninety (90) days after service of this notice.

For governmental entities, the proof of claim deadline shall be the longer of one−hundred eighty (180) days after the petition was filed or ninety (90) days after this Notice of Assets is served or as otherwise provided in the Federal Rules. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court − District of Delaware website at (http://www.deb.uscourts.gov), and click on the "Programs & Services" tab − Claims Information.

Late filed claims may be paid after timely filed claims and therefore may not share ratably in any distribution from the debtor's estate.

_____

Una O'Boyle, Clerk of Court

Dated: 1/15/22
(VAN−043)

United States Bankruptcy Court

District of Delaware

| | |
|---|---|
| In re: | Case No. 20-10337-BLS |
| The Worth Collection, LTD. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 9 |
| Date Rcvd: Jan 18, 2022 | Form ID: van043 | Total Noticed: 276 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Worth Collection, LTD., 520 8th Ave., Rm 2301, New York, NY 10018-4108 |
| aty | + | Steven Yachik, Goldstein & McClintock LLLP, 111 W. Washington St., Ste. 1221, Chicago, IL 60602-3482 |
| 15978850 | + | 1 MODEL MANAGEMENT, 42 BOND STREET 2ND FLOOR, NEW YORK, NY 10012-2768 |
| 15979092 | | 13-118, WONDER PLAZA B, NO. 1388, JINKEQIAO AVENUE, SHAOXING, CHINA 312030 |
| 15978851 | | 18 STORE S.R.L., VIA SANTA CHIARA 38/4, 59100 PRATO PO, ITALY |
| 15979041 | + | 260 WEST 35TH STREET, SUITE 205, NEW YORK, NY 10001-2527 |
| 16515579 | | 40 & 210 Meadowland Parkway, LLC, Attn: D. Mark Leonard, 500 Plaza Drive, P.O. Box 1515, Secaucus, NJ 07096-1515 |
| 15978853 | + | A M EXCLUSIVE BUS MACHINES, 79-63 77TH AVENUE, GLENDALE, NY 11385-7522 |
| 15978854 | + | A-1 LABEL CO. INC., 121 HAWKINS PLACE, BOONTON, NJ 07005-1127 |
| 15978855 | + | A.G.M. DI ACCIAIOLI E C. SRL, C/O DIVERSITY BY JAS, 560 RIVERSIDE DRIVE SUITE 6K, NEW YORK, NY 10027-3211 |
| 15978856 | + | A.S.M. ELECTRIC & MACHINE CORP., 333 WEST 39TH STREET, NEW YORK, NY 10018-1410 |
| 15978857 | + | ACCOUNTING PRINCIPALS, DEPT CH 14031, PALATINE, IL 60055-0001 |
| 15978859 | + | ACCURATE PATERNS INC., 246 WEST 38TH STREET, 3RD FLOOR, NEW YORK, NY 10018-5856 |
| 15978860 | | ACHILLE PINTO S.P.A., VIA ROMA 9, 9 CASNATE CON BERNATE (CO), 22070 ITALY |
| 15978863 | | AKTEK GIYIM SAN. VE TIC A.S., CIRPICI VELIEFENDI YOLU NO 49, 39144 BAKIRKOY, ISTANBUL, TURKEY |
| 15978866 | + | ALBA WHEELS UP INT'L. INC., 1 E. LINCOLN AVE., VALLEY STREAM, NY 11580-5818 |
| 15978867 | + | ALBERTO BARDAZZI SPA, C/O VOLO USA, 241 WEST 37TH STREET, SUITE 920, NEW YORK, NY 10018-6962 |
| 15978868 | + | ALESSI INTERNATIONAL LTD., 214 WEST 39TH STREET, SUITE 8, NEW YORK, NY 10018-4404 |
| 15978869 | + | ALISPED USA, INC., 381 SUNRISE HIGHWAY, SUITE 5, LYNBROOK, NY 11563-3005 |
| 15978870 | + | ALSTON & BIRD LLP, P.O. BOX 933124, ATLANTA, GA 31193-3124 |
| 15978871 | + | ALTINYILDIZ TEKSTIL VE KONFEA, C/O SCARLET FINCH INC., 262W 38TH STREET, SUITE 1403, NEW YORK, NY 10018-9148 |
| 15978872 | + | AMY FAVREAU, 19 LOUDON HEIGHTS, NORTH LOUDONVILLE, NY 12211-2011 |
| 15978873 | + | ARTS & LETTERS, 130 WEST 37TH STREET, 3RD FL, NEW YORK, NY 10018-7177 |
| 15978874 | | ARTSONG STUDIO INC, 246 W 40ST., #402, NEW YORK, NY 10018 |
| 15978875 | + | ASSURED ENVIRONMENTS, 45 BROADWAY, 10TH FLOOR, NEW YORK, NY 10006-4002 |
| 15978877 | | ATT TEKSTIL SAN. VE TIC. A.S., BOMONTI, SILAHSOR CAD. NO 38, GIRIS KAT 34381 SISLI, ISTANBUL, TURKEY |
| 15978879 | + | AZIENDA FODERAMI DRAGONI S.P.A., C/O LARRY & PAOLO INC., 1410 BROADWAY, 23RD FLOOR, NEW YORK, NY 10018-5023 |
| 15978880 | + | BARTH ELECTRIC CO., INC., 1934 N. ILLINOIS ST., INDIANAPOLIS, IN 46202-1362 |
| 15978881 | + | BEAUFORT COUNTY TREASURER, P.O. BOX 580074, CHARLOTTE, NC 28258-0074 |
| 15978882 | + | BEPPETEX SRL, C/O 921 STUDIO, INC., 53 WEST 36TH ST., STE. 403, NEW YORK, NY 10018-7619 |
| 15978883 | | BERBRAND SRL UNIPERSONALE, VIA DELLE MARINE, 9 24064, GRUMELLO DEL MONTE (BG), ITALY |
| 15978884 | + | BETTER PAK CONTAINER CORP., P.O. BOX 37, CARLSTADT, NJ 07072-0037 |
| 15978885 | + | BLACKFIN SQUARE, 2300 HOLCOMB BRIDGE RD., SUITE 103-134, ROSWELL, GA 30076-3481 |
| 15978886 | + | BOTTO GIUSEPPE & FIGLI S.P.A., C/O O-Z FABRICS NEW YORK 10001, 248 WEST 35TH STREET, SUITE 503, NEW YORK, NY 10001-2505 |
| 15978887 | | BOTTONIFICIO LA PERLA S.R.L., VIA LIVORNESE 71-73, 50053 EMPOLI (FI), ITALY |
| 15978888 | | BOTTONIFICIO SILGA S.N.C., VIA BRESCIA 47, 24064 GRUMELLO DEL MONTE (BG), ITALY |
| 15978889 | | BRANDLOFT AG, DAMMERWEG 103 B, 1394 GT NEDERHORST DEN BERG, THE NETHERLANDS |
| 15978890 | + | BRASK MALL SERVICES II, P.O. BOX 55287, HOUSTON, TX 77255-5287 |
| 15978900 | | BRECOTESSILE S.R.L., VIA MANARA 26, 22032 ALBESE CON CASSANO (CO), ITALY |
| 15978891 | + | BRICKS CO., C/O TELA-FINA LLC, 325 WEST 38TH STREET, SUITE 1407, NEW YORK, NY 10018-9582 |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 9 |
| Date Rcvd: Jan 18, 2022 | Form ID: van043 | Total Noticed: 276 |

```
15978892      + BRIGHT ACCESSORIES INC., 8645 15TH AVENUE, BROOKLYN, NY 11228-3410
15978893      + BUTTONS INTERNATIONAL MFG., INC., 11 AIRPORT BOULEVARD, SUITE 100, SAN FRANCISCO, CA 94080-6517
16432705        Bottonificio La Perla Sre, 71/73 Via Livornese, Empoli (Fl) Italy 50053
15978894        C. TESSILE S.P.A., VIA XXV APRILE, 71, 22070 GUANZATE (COMO) ITALY
15978895      + CAFISSI S.P.A., C/O PETER CHESLER & ASSOC., 1430 BROADWAY, SUITE 1501, NEW YORK, NY 10018-3373
15978896      + CALVERT MECHANICAL SOLUTIONS, 8801 MYLANDER LANE, TOWSON, MD 21286-2103
15978897        CARREMAN ROMANIA S.R.L., 234 AV. GEORGES ALQUIER LESS, 81100 CASTRES, FRANCE
15978898      + CCH, P.O. BOX 4307, CAROL STREAM, IL 60197-4307
15978899      + CDW DIRECT, LLC, P.O. BOX 75723, CHICAGO, IL 60675-5723
15978901      + CHAMPION GRAPHICS INC., 738 PHOSPHOR AVENUE, METAIRIE, LA 70005-2727
15978905      + CHORI CO., LTD., C/O CHORI AMERICA INC., 30 MONTGOMERY ST., STE. 1230, JERSEY CITY, NJ 07302-3834
15978906      + CINDY HALL, 520 EIGHTH AVENUE, NEW YORK, NY 10018-6507
15978909      + CITY OF ANNISTON, ATTN: FINANCE DEPT., P.O. BOX 2168, ANNISTON, AL 36202-2168
15978910      + CITY OF APACHE JUNCTION, TAX & LICENSING DIV., 300 E. SUPERSTITION BLVD., APACHE JUNCTION, AZ 85119-2825
15978911      + CITY OF BAY MINETTE, 301 D'OLIVE STREET BAY, MINETTE, AL 36507-3228
15978912      + CITY OF CULLMAN, P.O. BOX 278, CULLMAN, AL 35056-0278
15978913      + CITY OF HOOVER, P.O.BOX 11407, HOOVER, AL 35202-1407
15978914      + CITY OF JASPER, REVENUE DEPARTMENT, PO BOX 1589, JASPER, AL 35502-1589
15978915      + CITY OF MADISON,ALABAMA, REVENUE DEPT., P.O. BOX 99, MADISON, AL 35758-0099
15978916      + CITY OF OPELIKA, REVENUE DEPT., P.O. BOX 390, OPELIKA, AL 36803-0390
15978917      + CITY OF PELHAM, P.O. BOX 1238, PELHAM, AL 35124-5238
15978919      + CITY OF PUEBLO, FINANCE/SALES TAX DIV., P.O.BOX 1427, PUEBLO, CO 81002-1427
15978920      + CITY OF TUCSON, PO BOX 27320, TUCSON, AZ 85726-7320
15978921        CK TRADING INC., R/#419 HOJEONG TOWER 528-13, ANYANG 6-DON, ANYANG KYUNGI-DO, ANYANG 14034 SOUTH
                KOREA
15978922      + CLERICI TESSUTO & C. S.P.A., C/O CTC USA CORP, 110 WEST 40TH STREET, #1701, NEW YORK, NY 10018-8508
15978923        CNC CO. LTD., 12F-1, NO. 888 JING-GUO RD, TAOYUAN, TAI, JING-GUO RD., TAOYUAN DISTRICT, TAOYUAN CITY ,
                TAIWAN 330
15978924      + CO SOURCE SOLUTIONS OF NY, 10 BURROUGHS AVENUE, DIX HILLS, NY 11746-6204
15978925      + COLUMBIA OMNICORP, 48 W 37TH STREET, FRNT 1, NEW YORK, NY 10018-7303
15978927      + COMPTROLLER OF MARYLAND, P.O. BOX 17405, BALTIMORE, MD 21297-1405
15978929      + CONVERGEONE, INC, NW 5806, P.O. BOX 1450, MINNEAPOLIS, MN 55485-1450
15978930      + COROC/HILTON HEAD I L.L.C., P. O. BOX 414225, BOSTON, MA 02241-4225
15978931      + COSSERAT, C/O TEX-STUDIO, INC., 37 WEST 20TH STREET, ROOM 5, NEW YORK, NY 10011-3706
16432701        China Silk Enterprises Ltd., Mazzola Lindstrom LLP, c/o Hanoch Shops, 1350 Avenue of the Americas, 2 Fl., New York, NY 10019
16432759      + Cindy B. Hall, 890 West End Ave., Apt. 6C, New York, NY 10025-3521
16432758      + Co-Source Solutions, Jonathan Neil & Associates, c/o Jessica Seeley, 71 West Main St., Suite 304, Freehold, NJ 07728-2139
15978933      + DARCI BARNHART, 513 E 87TH ST, #2WR, NEW YORK, NY 10128-7868
15978934      + DBS TESSUTI CORPORATION, C/O INT'L TEXTILE WORKSHOP, 102 WEST 38TH STREET, 9TH FLOOR, NEW YORK, NY
                10018-3613
15978935      + DEBS TEXTILE CORPORATION, C/O FOX FABRICS, 110 WEST 40TH STREET, SUITE 2503, NEW YORK, NY 10018-3625
15978936      + DEVEAUX S.A., C/O RENOVAZIO LLC, 1400 BROADWAY, STE. 3607, NEW YORK, NY 10018-5300
15978937      + DISPLAYS BY JACK, 1030 E. VALENCIA DR., FULLERTON, CA 92831-4600
15978938      + DOCUTREND IMAGING SOLUTIONS, P.O. BOX 35701, BILLINGS, MT 59107-5701
15978940      + DORA S.R.L., C/O DORA BELTS & ACC. INC., 200 STONEHINGE LANE, SUITE 4, CARLE PLACE, NY 11514-1713
15978942      + DYNEXSOFT INC., 860 US HWY 1 NORTH, SUITE 2B, EDISON, NJ 08817-4687
15979217      + Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953
16432762        Dongguan Cason Knitting Co. Ltd., Draper Company Limited, Mazzola Lindstrom, LLP c/o Hanoch Sheps, 1350 Avenue of the Americas,
                2 FL., New York, NY 10019
16432756        Dora SRL, 24 Via Enrico Mattei, Cazzagos Martin (BS) Italy 25046
15978943      + E. MIROGLIO EAD, C/O ALESSI INT'L., 214 WEST 39TH ST., STE. 800, NEW YORK, NY 10018-5563
15978944        ECHONG FASHION CO., LTD., 4F., BLK B, SHONGSHAN IND.MASION,, TAIWAN IND. EST., SONG BAI RD., SHIYAN,
                BAO'AN DISTRICT, SHENZHEN, CHINA
15978945      + EISNERAMPER LLP, P.O. BOX 360635, PITTSBURGH, PA 15251-6600
15978946      + ELITE MODEL MANAGEMENT, 245 FIFTH AVE., 24TH FLOOR, NEW YORK, NY 10016-8728
15978947     #+ ELIZABETH AKERS CRAWFORD, 3535 TUXEDO PARK NORTHWEST, ATLANTA, GA 30305-1041
15978948      + ELIZABETH GILLETT LTD., 260 WEST 36TH STREET, SUITE 802, NEW YORK, NY 10018-8992
15978951      + F&G MECHANICAL CORP., 348 NEW COUNTY ROAD, SECAUCUS, NJ 07094-1641
15978952      + FEDEX, P.O. BOX 371461, PITTSBURGH, PA 15250-7461
15978954        FILPUCCI S.P.A., VIA DEL TIGLI, 41, 50013 CAPALLE CAMPI BISENZIO (FL),, ITALY
15978955        FISCHTEXTILES GMBN, HUNGERBUELSTRASSE 17 8500, FRAUENFELD SWITZERLAND
15978956      + FIVEOL TEXTIL SPA, C/O PETER CHESLER & ASSOC., 1430 BROADWAY, SUITE 1501, NEW YORK, NY 10018-3373
15978957        FOLGAROLAS TEXTIL S.A., CL BOSCH I GIMPERA 29, 08223 TERRASSA, BARCELONA, SPAIN
15978958        FORTIER PRICE S.A.R.L, 100 QUAI DE JEMMAPES, 75010 PARIS, FRANCE
```

District/off: 0311-1                           User: admin                                  Page 3 of 9
Date Rcvd: Jan 18, 2022                        Form ID: van043                              Total Noticed: 276

| | | |
|---|---|---|
| 15978959 | + | FOX FABRICS, INC., 110 WEST 40TH STREET, STE. 25, NEW YORK, NY 10018-8550 |
| 15978961 | + | FULLER ENGINEERING CO., LLC., 4135 WEST 99TH STREET, CARMEL, IN 46032-7732 |
| 15978962 | + | FUSION CLOUD SERVICES LLC, P.O. BOX 51341, LOS ANGELES, CA 90051-5641 |
| 15978963 | + | FUSION MODELING AGENCY, LLC, 101 N 10TH ST., #301, BROOKLYN, NY 11249-1910 |
| 16432755 | + | FischTextiles GMBH, 8531 S.W. 121 St., Miami, FL 33156-5115 |
| 16432754 | | Fortier Price, 100 Quai De Jemmapes, Paris Frances 75010 |
| 15978964 | + | GABRIEL G. RODRIGUEZ, 241 69TH STREET, APT 2, GUTTENBERG, NJ 07093-6790 |
| 15978965 | + | GALLUS SPA, C/O FOX FABRICS, 110 WEST 40TH STREET, SUITE 2503, NEW YORK, NY 10018-3625 |
| 15978966 | + | GEORGE'S WINDOW CLEANING INC., P.O. BOX 3154, NAPLES, FL 34106-3154 |
| 15978967 | + | GERBER TECHNOLOGY, P.O. BOX 95060, CHICAGO, IL 60694-5060 |
| 15978968 | + | GFP REAL ESTATE, 125 PARK AVENUE, NEW YORK, NY 10017-5690 |
| 15978969 | + | GIARDI TESSILE S.R.L., C/O L.M. TESSUTI, 242 WEST 30TH STREET, SUITE 801, NEW YORK, NY 10001-0813 |
| 15978971 | | GRUPPO UNIESSE SPA, VIA C. FINAZZI, 48, 24060 CHIUDUNO (BG), ITALY |
| 15978972 | + | GSB DIGITAL, 30-30 47TH AVE, SUITE 535, LONG ISLAND CITY, NY 11101-3492 |
| 15978973 | + | GUI H ZHONG, 2103 65TH STRET 2ND FLOOR, BROOKLYN, NY 11204-3928 |
| 15978976 | + | HARDING POORMAN GROUP, P.O. BOX 6069, DEPT. 98, INDIANAPOLIS, IN 46206-6069 |
| 15978977 | + | HARGRAY, P.O. BOX 100116, COLUMBIA, SC 29202-3116 |
| 15978978 | + | HARTZ MOUNTAIN INDUSTRIES, 400 PLAZA DRIVE, P.O. BOX 1515, SECAUCUS, NJ 07096-1515 |
| 15978979 | + | HEARTLAND COMPUTERS, INC., 1000 RIDGEVIEW DRIVE, MCHENRY, IL 60050-7009 |
| 15978980 | + | HENITEX INTERNATIONAL, 330 WEST 38TH ST. , STE 1409, NEW YORK, NY 10018-8436 |
| 15978992 | | HONG KONG MENGQI TEXTILE CO, JB FASHION INC., 244 WEST 39TH FLOOR, 10TH FLOOR, NEW YORK, NY 10018 |
| 15978984 | | HOPER INDUSTRIAL INC., 3RD FLOOR, BUILDING 5, NO 115C, TONGPU RD SHANGHAI 200333,, CHINA |
| 15978985 | | HUBEI RUIHONG TRADING CO., LT, NO. 100 YINGBIN ROAD, HUANGSHI, HUBEI, CHINA |
| 15978986 | + | HUGHES ENVIRONMENTAL ENG, 14 LEIGHTON PLACE, MAHWAH, NJ 07430-3119 |
| 15300130 | + | Hope Power Knitwear Limited, Brown & Joseph, LLC c/o Peter Geldes, PO Box 249, Itasca, IL 60143-0249 |
| 16432760 | | Hubei Ruihong Trading Co., Ltd., Mazzola Lindstrom, LLP, c/o Hanoch Sheps, 1350 Avenue of the Americas, 2 Fl., New York, NY 10019 |
| 15978989 | + | INDUSTRIAL CARTING, 65 EMERSON PLACE, BROOKLYN, NY 11205-2602 |
| 15978990 | + | INTER COLOUR INC., C/O FRED ROTTMAN GROUP PICCHI 66 RANDALL, ROCKVILLE CENTRE, NY 11570-3922 |
| 15978991 | + | ITSAVVY LLC, P.O. BOX 3296, GLEN ELLYN, IL 60138-3296 |
| 15978994 | + | JMR COMMUNICATIONS, INC., 20 LYON ROAD, WALDWICK, NJ 07463-1106 |
| 15978995 | | JODAN CORPORATION, ROOM# 1201, ARKVALLEY,, 277-43, SEONGSU-DONG 2GA, SEONGDONG-GU SEOUL, KOREA |
| 15978996 | + | JOHNSON CONTROLS SEC SOLUTIONS, P.O. BOX 371967, PITTSBURGH, PA 15250-7967 |
| 15978997 | | JOWOO LTD, 40-3 TONGBINGGO-DONG, YONGSAN-KU SEOUL, SEOUL, SOUTH KOREA |
| 16432746 | + | Jeff Rodat, 215 E. 79th St. #10F, New York, NY 10075-0851 |
| 15978998 | + | KAI CHEUNG, 180 MEYERSVILLE RD, CHATHAM, NJ 07928-1039 |
| 15978999 | | KANEYO CO., LTD., 13F OSAKA CENTER BUILDING, 4-1-3, KYUTAROMACHI, CHUO-KU, OSAKA CITY, 541-0056, JAPAN |
| 15979001 | + | KATIE STROUSE, 459 GIBBS ROAD, WELLFORD, SC 29385-9049 |
| 15979003 | + | KAYNAK TEKSTIL SANAYI TIC. A.S., PO BOX 36153, CHARLOTTE, NC 28236-6153 |
| 15979004 | + | KBC FASHION GMBH & CO. KG, PO BOX 1041, NEW YORK, NY 10268-1041 |
| 15979005 | + | KGS LACE INC., 262 WEST 38 STREET, #505, NEW YORK, NY 10018-5899 |
| 15979006 | + | KIRK PALMER & ASSOCIATES, 500 FIFTH AVENUE, 53RD FLOOR, NEW YORK, NY 10110-1504 |
| 15979007 | + | KIRKLAND & ELLIS LLP, 300 NORTH LASALLE STREET, CHICAGO, IL 60654-5412 |
| 15979008 | + | KLAUBER BROTHERS, INC., 253 WEST 35TH STREET, 11TH FLOOR, NEW YORK, NY 10001-1907 |
| 15979011 | + | LA TORRE SRL, C/O VOLO USA, 241 WEST 37TH STREET, SUITE 920, NEW YORK, NY 10018-6962 |
| 15979012 | + | LAINIERE DE PICARDIE INCORP., BUCKS COUNTY BUSINESS PARK, 835 WHEELER WAY - SUITE A, LANGHORNE, PA 19047-1790 |
| 15979013 | | LANIFICIO CAMPORE, ATTN: SUSANNA MOSCA, THE CIT GROUP/ COMMERCIAL SRVS., FRAZIONE CAMPORE 14, 13825 VALLEMOSSO (BI) ITALIA |
| 15979014 | + | LANIFICIO CANGIOLI 1859 S.P.A., C/O COMMERZBANK AG ,, NY BRANCH C/O 921 STUDIO, INC., 53 WEST 36TH ST., STE. 403 NEW YORK, NY 10018-7619 |
| 15979015 | + | LANIFICIO EUROPA SAS DI PIERLEGU, C/O FB./L.P. TEXTILES NEW YOR10, 453 W.17TH ST., SUITE 3SE, NEW YORK, NY 10011-0041 |
| 15979016 | | LANIFICIO FAISA SRL, VIA MENABUONI, 14 59100, PRATO, ITALY |
| 15979017 | + | LANIFICIO FRATELLI BALLI S.P.A, C/O 921 STUDIO, INC., 53 WEST 36TH STREET, SUITE 403, NEW YORK, NY 10018-7619 |
| 15979018 | | LANIFICIO MARIO BELLUCCI S.P., VIA DE SANCTIS, 15/17, 59100 PRATO, ITALY |
| 15979019 | + | LANIFICIO NUOVO RI-VERA S.P.A, C/O RENOVAZIO LLC, 275 WEST 39TH STREET, 12TH FLOOR, NEW YORK, NY 10018-3502 |
| 15979020 | + | LANIFICIO REGGIANI SPA, C/O DA SOLO LTD., 450 7TH AVE, SUITE 408, NEW YORK, NY 10123-0402 |
| 15979021 | + | LAURA HERNANDEZ DOCANDO, 1212 CLIFTON AVENUE, APT B, CLIFTON, NJ 07012-6347 |
| 15979023 | + | LEANN NEALZ, 520 EIGHTH AVENUE, NEW YORK, NY 10018-6507 |
| 15979024 | + | LECTRA USA INC., 5000 HIGHLANDS PKWY, SUITE 250, SMYRNA, GA 30082-5148 |
| 15979025 | + | LEVEL 3 COMMUNICATIONS, LLC, PO BOX 910182, DENVER, CO 80291-0182 |
| 15979026 | | LIFELINE DATA CENTER, P.O. BOX 448, CONNERSVILLE, IN 47331, LIMONTA, SPAIN |
| 15979028 | + | LOGMEIN USA, INC., P.O. BOX 50264, LOS ANGELES, CA 90074-0264 |

Case 20-10337-BLS    Doc 118    Filed 01/20/22    Page 5 of 10

| District/off: 0311-1 | User: admin | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: van043 | Total Noticed: 276 |

| | | |
|---|---|---|
| 15979030 | | LU-TEX S.R.L., VIA G. PUCCINI, 71, 59013 MONTEMURLO PO, ITALY |
| 16432752 | | Lanificio Campore, 14 Fraz Campore, Valdilana Italy 13835 |
| 16432751 | | Lanificio Cangiai A859 SPA, Via Del Bisenzio A San Martino 6, Prato Italia 59100 |
| 16432750 | | Leann M. Nealz, 195 Village Lane, Orient, NY 11957 |
| 14853549 | + | Level 3 Communications, LLC, CenturyLink Communications, Attn: Legal - BKY, 1025 Eldorado Blvd., Broomfield, CO 80021-8254 |
| 15130892 | + | Lotte Hotel New York, LLC, 455 Madison Avenue, New York, NY 10022-6845 |
| 15979031 | + | MALL AT CHESTNUT HILL, LLC, ATTN GIULIO, 199 BOYLSTON ST, CHESTNUT HILL, MA 02467-1697 |
| 15979032 | + | MANAGEMENT & PRODUCT DEV. SAC, MANHATTAN FIRE & SAFETY CORP., 242 WEST 30TH STREET, 7TH FLOOR, NEW YORK, NY 10001-0792 |
| 15979033 | + | MANIFATTURA TESSILE FRALPI S.R.L., C/O BRADLEE INTERNATIONAL, 250 WEST 40TH STREET, 3RD FLOOR, NEW YORK, NY 10018-1742 |
| 15979034 | | MANTECO SPA, VIA DELLA VIACCIA 19, 59013 MONTEMURLO, PRATO, ITALY |
| 15979035 | + | MARGARET BUSCH TT, 12 STEFENAGE, PITTSFORD, NY 14534-1875 |
| 15979036 | + | MAY ELECTRIC, INC., PO BOX 5917, HILTON HEAD, SC 29938-5917 |
| 15979037 | + | MERIDIAN BUILDING SERVICES, 315 WEST 39TH STREET, SUITE 1300, NEW YORK, NY 10018-3914 |
| 15979038 | + | MIDCAP FINANCIAL TRUST, AS AGENT, 7255 WOODMONT AVENUE, SUITE 200, BETHESDA, MD 20814-7904 |
| 15979040 | | MILLEFILI SPA, AV LOS CIRUELOS, 918 CANTO GRANDEC, C/O PEGASUS TEX LTD, SAN JUAN DE LURIGANCHO LIMA PERU |
| 15979042 | | MILLENIUM S.R.L., VIA TENTORIO 4/G, 22100 COMO, ITALY |
| 15979043 | + | MIROMAR OUTLET WEST, LLC, 10801 CORKSCREW ROAD, STE.3, ESTERO, FL 33928-9430 |
| 15979046 | + | MONROE CAPITAL MANAGEMENT, AS ADMINISTRATIVE AGENT, 311 SOUTH WACKER DRIVE, CHICAGO, IL 60606-6627 |
| 15979047 | + | MONROE CAPITAL MGMT ADVISO, 311 SOUTH WACKER DRIVE, STE 6400, CHICAGO, IL 60606-6710 |
| 15979048 | | MONTEOLIVETO SPA, VIA BIZZARONE, 27 22077 OLGIATE, COMASCO, ITALY |
| 15978849 | + | MORTON R. BRANZBURG, KLEHR HARRISON HARVEY BRANZBURG, 1835 MARKET STREET, SUITE 1400, PHILADELPHIA, PA 19103-2945 |
| 15979049 | + | MTK (AUSTRALIA) P/L, C/O PETER CHESLER & ASSOC., 1430 BROADWAY, STE. 1501, NEW YORK, NY 10018-3373 |
| 15979050 | + | MUCH SHELIST, 8477 SOLUTION CENTER, CHICAGO, IL 60677-8004 |
| 16434709 | + | Monroe Capital Management Advisors, LLC, McDonald Hopkins, Attn: David A. Agay, 300 North LaSalle Street, Suite 1400, Chicago, IL 60654-3474 |
| 15979051 | + | NALYA SPA, C/O OLTRE NY, 115 WEST 30TH STREET, SUITE 505, NEW YORK, NY 10001-4096 |
| 15979052 | + | NANIX EXPRESS INT'L. INC, 177-17 150TH AVENUE, SUITE 302, JAMAICA, NY 11434-6215 |
| 15979053 | + | NCA INT'L., 252 WEST 29TH STREET, SUITE 701, NEW YORK, NY 10001-5271 |
| 15979054 | + | NELCO, P.O. BOX 1157, GRAND RAPIDS, MI 49501-1157 |
| 15979055 | + | NET@WORK, 575 EIGHTH AVENUE, 10TH FLOOR, NEW YORK, NY 10018-3525 |
| 15979056 | + | NEW 520 GSH LLC, 125 PARK AVENUE, 11/FL., NEW YORK, NY 10017-5690 |
| 15979057 | + | NEW WATER CAPITAL, 2424 N. FEDERAL HIGHWAY, SUITE 418, BOCA RATON, FL 33431-7746 |
| 15978950 | + | NEW YORK, NY 10018, EXPRESS CUTTING INC., 140 58TH STREET, BLDG. B, #4B, BROOKLYN, NY 11220-2521 |
| 15979059 | + | NEWELL FASHION INC., 307 WEST 36TH STREET 4TH FLOOR, NEW YORK, NY 10018-6403 |
| 15979070 | + | NOBILIA FASHION INTL GROUP LTD, PARKWOOD SEVEN, LLC, PARKWOOD CROSSING INV, LLC C, PO BOX 419567, BOSTON, MA 02241-9567 |
| 15979062 | + | NORTH EAST COURIER, INC., 48 FOREST STREET, NORTH ARLINGTON, NJ 07031-6530 |
| 16432703 | + | Newell Fashion Center, Inc., c/o Chang Lan Qu, 307 West 36th Street, 4th Floor, New York, NY 10018-6403 |
| 16432704 | + | North East Courier, Inc., c/o Lucyann Cruz, 48 Forest Street, 1st Floor, North Arlington, NJ 07031-6530 |
| 15979063 | + | OLMETEX S.P.A., C/O EUROPEAN TEXTILE, 226 WEST 37TH STREET, SUITE 1602, NEW YORK, NY 10018-6605 |
| 15979064 | | OMNIAPIEGA S.R.L., VIA CUSANI, 51-20841, CARATE BRIANZA (MB) ITALY |
| 15979067 | + | PALMETTO ELECTRIC COOP,INC, PO BOX 530812, ATLANTA, GA 30353-0812 |
| 15979068 | + | PARAGON MICRO INC., PO BOX 775695, CHICAGO, IL 60677-5695 |
| 15979069 | + | PARKWOOD SEVEN, P.O. BOX 419567, BOSTON, MA 02241-9567 |
| 15979080 | + | PARKWOOD SEVEN, LLC, PARKWOOD CROSSING INV, LLC, PO BOX 419567, BOSTON, MA 02241-9567 |
| 15978852 | + | PEKER TEKSTL, C/O FOX FABRICS, 110 WEST 40TH STREET, SUITE 2503, NEW YORK, NY 10018-3625 |
| 15979072 | | PETRATEX CONFECOES, S.A., RUA DE BANDE, NO429 4590-049 CARVALHOSA PA, DE FERREIRA PORTUGAL |
| 15979073 | | PETRATEX CONFECOES, S.A., RUA DE BANDE, NO 429, 4590-049 CARVALHOSA PACOS DFE, PORTUGAL |
| 15979074 | + | PICCHI S.P.A., C/O PICCHI, 330 WEST, 38TH ST., STE 1409, NEW YORK, NY 10018-8436 |
| 15979075 | + | PINX TEXTILE GROUP, INC., FLAT A, 7/F., GRAND INDUSTRIAL BLDG, C/O STACEY HORNE TEXTILE, 494 8TH AVENUE, SUITE 1406, NEW YORK, NY 10001-2519 |
| 15979076 | + | PIXAVO, LLC, 20 W. KINZIE, SUITE 1700, CHICAGO, IL 60654-6398 |
| 15979077 | + | PLANETJ CORPORATION, 30332 CLEAR WATER DR., CANYON LAKE, CA 92587-7457 |
| 15979079 | + | PROFESSIONAL GRAPHICS SYTE&S, THREE WEST MAIN STREET, ELMSFORD, NY 10523-2460 |
| 15979081 | | PROJECT, VIA G. ROSSA, 22, 41016 ROVERETO DI NOVI, MO, ITALY |
| 15979082 | | PULCRA SRL, VIA B CELLINI, 31, 59013 MONTEMURLO PO ITALY |
| 15979083 | + | PURE WATER PARTNERS, DEPT. CH 19648, PALATINE, IL 60055-0001 |
| 15979084 | + | QUENCH USA, INC., P.O. BOX 781393, PHILADELPHIA, PA 19178-1393 |
| 15979085 | + | RACKSPACE, MAILTRUST LOCKBOX, P.O.BOX 731214, DALLAS, TX 75373-1214 |
| 15979086 | | RIOPELE - TEXTEIS, S.A., APARTADO 6003, 4771-909 POUSADA, DE SARAMAGOS, PORTUGAL |

| District/off: 0311-1 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: van043 | Total Noticed: 276 |

| | | |
|---|---|---|
| 15979088 | + | ROMI AMERICA LLC, 70 WEST 36TH STREET, SUITE 12A, NEW YORK, NY 10018-1228 |
| 15978982 | | ROOM 607, BUILDING 8, WANDA PLAZA, NO. 58 HEXUAN ROAD, JIADING DISTRICT SHANGHAI 201803,, CHINA |
| 15979128 | + | S CUSTOMS AND BORDER PROT WELLS FARGO, VENDOR FIN SERV, P.O. BOX 70239, BILLING ID#90136746685, PHILADELPHIA, PA 19176-0239 |
| 15979089 | + | SCHAEFER TRANS. INC., 580 ATLANTIC AVENUE, EAST ROCKAWAY, NY 11518-1519 |
| 15979090 | + | SERIKOS COLLEZIONI & TESSILI S.P.A., C/O STACEY HORNE TEXTILE, 494 8TH AVENUE, SUITE 1406, NEW YORK, NY 10001-2519 |
| 15979091 | + | SHALOM B. LLC, DBA ASHER FABRIC CONCEPTS, 950 S. BOYLE AVENUE, LOS ANGELES, CA 90023-1269 |
| 15979102 | + | SHAOXING KATAI IMPORT & EXPORT, SPRINT, P.O. BOX 4191, CAROL STREAM, IL 60197-4191 |
| 15979093 | + | SHINDO USA INC., 162 WEST 36TH STREET, NEW YORK, NY 10018-6901 |
| 15979094 | + | SHK CONSULTING LLC, 520 EIGHTH AVE - 23RD FL, NEW YORK, NY 10018-6507 |
| 15979096 | + | SIL THREAD INC., 257 WEST 38TH STREET, GROUND FLOOR, NEW YORK, NY 10018-0255 |
| 15979097 | + | SIMON/CLARKSBURG DEVELOPMENT, CLARKSBURG PREMIUM OUTLETS, P.O. BOX 772986, CHICAGO, IL 60677-0286 |
| 16536161 | + | SIMON/CLARKSBURG DEVELOPMENT, LLC, c/o Simon Property Group - Bankruptcy, 225 West Washington Street, Indianapolis, IN 46204-3435 |
| 15979100 | + | SLATE STUDIOS LLC, 51-02 21ST ST, SPACE B-4-2, LONG ISLAND CITY, NY 11101-5357 |
| 15979101 | + | SOLUTIONS WINDOW CLEANING, P.O. BOX 86 QUEENSTOWN, QUEENSTOWN, MD 21658-0086 |
| 15979103 | + | SPRINTEX, C/O FABRICS DUJOUR, 265 WEST 37TH STREET, 14TH FLOOR, NEW YORK, NY 10018-5707 |
| 15979104 | + | STAPLES BUSINESS ADVANTAGE, PO BOX 70242, PHILADELPHIA, PA 19176-0242 |
| 15979107 | + | SUPER RUSH TRIMS, 270 WEST 38TH STREET, SUITE 1201, NEW YORK, NY 10018-5825 |
| 15979108 | + | SUPERB STITCH INC, 307 WEST 36TH STREET, 5TH FLOOR, NEW YORK, NY 10018-6477 |
| 15979109 | + | SUSIE Q, 10585 NORTH MERIDIAN STREET, STE. 240, INDIANAPOLIS, IN 46290-1067 |
| 16432745 | + | Shindo U.S.A. Inc., 162 West 36th Street, New York, NY 10018-6901 |
| 16432744 | + | Slate Studios, LLC, c/o Cameron Krone, 5102 21st Street, 4th Floor, Long Island City, NY 11101-5357 |
| 16432743 | + | Superb Stitch, Inc., c/o Hsin (Michael) Lee, 244 W. 39th St., 6th Floor, New York, NY 10018-4961 |
| 15979110 | | TEAMKIT FAR EAST LTD., UNIT 1713-14 17TH FLOOR, TOWER 3 CHINA HONG KONG CITY, 33 CANTON ROAD, TSIM SHA TSUI, KOWLOON, HONG KONG |
| 15979111 | | TEIJIN FRONTIER CO., LTD., 3 CHOME, 2-4 NAKANOSHIMA, KITA-KU, OSAKA 530-8605, JAPAN |
| 15979112 | + | TERRY ACCESSORIES CORP., 95 TENNYSON DRIVE, NANUET, NY 10954-1039 |
| 15979113 | + | TESJ (GROUPE CANTONI), C/O GERRI TOBIAS, INC., 110 WEST 40TH ST., STE. 508, NEW YORK, NY 10018-8562 |
| 15979114 | | TESSITURA CARLO BASSETTI, ATTN: STEFANO/GIOVANNI, VIA NOVARA 18, 21013 GALLARATE (VA), ITALY |
| 15979115 | | TEXAGENCY S.A.C., AV. SALAVERRY NRO.3636, LIMA 17 PERU |
| 15979116 | | TURKMEN GRUP, BOMONTI, SILAHSOR CAD. NO. 38, GIRIS KAT 34381 SISLI, ISTANBUL, TURKEY |
| 15979117 | + | TYSON'S MANAGEMENT GROUP, 6888 ELM STREET, SUITE 100, MCLEAN, VA 22101-3829 |
| 16432742 | + | Tessitura Carlo Bassetti S.P.A., Sabino Iacovone, 3 Dogwood Lane, Darien, CT 06820-5511 |
| 15979118 | + | UPS, P.O. BOX 979126, SAINT LOUIS, MO 63197-9001 |
| 15979120 | + | VANTAGE FASHION INC., 318 WEST 39TH STREET, BASEMENT, NEW YORK, NY 10018-1407 |
| 15979121 | + | VEFA (SHANGHAI) TEXTILE CO., LTD., NAKANOSHIMA FESTOVAL TOWER WEST, C/O BFF STUDIO, 237 WEST 37TH STREET, #701 NEW YORK, NY 10018-6700 |
| 15979122 | + | VELCOREX SINCE 1828, C/O STUDIO BERT FORMA, 237 WEST 37TH STREET, #701, NEW YORK, NY 10018-6700 |
| 15979124 | + | VERIZON (730 FIFTH SHOWROOM), P.O. BOX 15124, ALBANY, NY 12212-5124 |
| 15979027 | | VIA CESARE BATTISTI 15, 23845 COSTA MASNAGA (LC), ITALY |
| 15979126 | + | WEIGHTS & MEASURES FUND, PO BOX 490, AVENEL, NJ 07001-0490 |
| 15979127 | | WEIHAI LUYU LACE CO., LTD., RM 1105-1106, BLDG D-A4, PEARL RIVER INT'L. TEXTILE CITY, GUANGZHOU, 510260, CHINA |
| 15979129 | + | WILHELMINA INTERNATIONAL LT, P.O.BOX 650002, DEPT. 8107, DALLAS, TX 75265-0002 |
| 15979130 | + | WL CONCEPTS & PRODUCTION,IN, 1 BENNINGTON AVE, FREEPORT, NY 11520-3953 |
| 15128926 | + | Wells Fargo Vendor Financial Services, LLC., Attn: Michelle Schulten, 1010 Thomas Edison Blvd. SW, Cedar Rapids, IA 52404-8247 |
| 16432741 | + | iDrive Logistics, LLC, 1850 W. Ashton Blvd. Ste. 450, Lehi, UT 84043-6437 |

TOTAL: 258

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 15978861 | + | Email/Text: amscbankruptcy@adt.com | Jan 18 2022 21:26:00 | ADT SECURITY SERVICES, P.O. BOX 371878, PITTSBURGH, PA 15250-7878 |
| 15978876 | + | EDI: ATTWIREBK.COM | Jan 19 2022 02:28:00 | AT&T, P.O. BOX 5014, CAROL STREAM, IL 60197-5014 |
| 14947242 | | Email/PDF: bncnotices@becket-lee.com | Jan 18 2022 21:32:32 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15978907 | + | Email/Text: citjaxbankruptcy@cit.com | | |

Case 20-10337-BLS    Doc 118    Filed 01/20/22    Page 7 of 10

| District/off: 0311-1 | User: admin | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: van043 | Total Noticed: 276 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 18 2022 21:26:00 | CIT, 21146 NETWORK PLACE, REF. AVAYA CUST#4000027877, CHICAGO, IL 60673-1211 |
| 15978908 | | Email/Text: bankruptcy@denvergov.org | Jan 18 2022 21:26:00 | CITY AND COUNTY OF DENVER, DEPT. OF FINANCE-TREASURY DIV., P. O. BOX 660860, DALLAS, TX 75266 |
| 15978918 | + | Email/Text: sharon.fraley@PEORIAAZ.GOV | Jan 18 2022 21:26:30 | CITY OF PEORIA, TAX AND LICENSE SECTION, 8401 W. MONROE STREET, LICENSE# 20005465, PEORIA, AZ 85345-6560 |
| 15978926 | + | EDI: COMCASTCBLCENT | Jan 19 2022 02:28:00 | COMCAST, P.O. BOX 70219, PHILADELPHIA, PA 19176-0219 |
| 15978939 | + | Email/Text: arubin@docutrend.com | Jan 18 2022 21:26:00 | DOCUTREND INC., 575 8TH AVENUE, FL 10, NEW YORK, NY 10018-3525 |
| 15978960 | | Email/Text: kturner@fzlz.com | Jan 18 2022 21:26:00 | FROSS ZELNICK LEHRMAN & ZISP, 4 TIMES SQUARE, 17TH FLOOR, NEW YORK, NY 10036 |
| 15081169 | + | Email/Text: kturner@fzlz.com | Jan 18 2022 21:26:00 | Fross Zelnick Lehrman & Zissu, P.C., 151 West 42nd Street 17th Floor, New York, NY 10036-6629 |
| 14618798 | | Email/Text: thomas.riggleman@staples.com | Jan 18 2022 21:26:00 | Staples Business Advantage, Tom Riggleman, 7 Technology Circle, Columbia, SC 29203 |
| 15979105 | + | EDI: CITICORP.COM | Jan 19 2022 02:28:00 | STAPLES CREDIT PLAN, DEPT 51 - 7819451328, P.O. BOX 78004, PHOENIX, AZ 85062-8004 |
| 15978864 | | EDI: ALDEPREV.COM | Jan 19 2022 02:28:00 | ALABAMA DEPT OF REVENUE, PO BOX 327790, MONTGOMERY, AL 36132 |
| 15979216 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Jan 18 2022 21:26:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 15979119 | + | Email/Text: bankruptcy@ups.com | Jan 18 2022 21:26:00 | UPS, P.O. BOX 7247-0244, PHILADELPHIA, PA 19170-0001 |
| 15979123 | + | EDI: VERIZONCOMB.COM | Jan 19 2022 02:28:00 | VERIZON, P.O. BOX 4833, TRENTON, NJ 08650-4833 |
| 15979131 | + | Email/Text: vanessa.adams@xerox.com | Jan 18 2022 21:26:00 | XEROX CORPORATION, 1301 PIDGEVIEW, BUILDING 300, LEWISVILLE, TX 75057-6018 |
| 15979132 | + | Email/Text: vanessa.adams@xerox.com | Jan 18 2022 21:26:00 | XEROX CORPORATION, P.O. BOX 802555, CHICAGO,, IL 60680-2555 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15978878 | | AVERY DENNISON HONG KONG B.V., HONG KONG GPO, BOX 677, HONG KONG |
| 15978902 | | CHIKUMA INTERNATIONAL LTD., UNIT B, 16/F., FORD GLORY PLAZ, NO. 37 WING HONG STREET, CHEUNG SHA WAN, KOWLOON, HONG KONG |
| 15978903 | | CHIN HO KNITTING FACTORY LT, UNIT B&F, 3/F., SELWYN FTY. BL, 404 KWUN TONG ROAD, KWUN TONG, KOWLOON, HONG KONG |
| 15978904 | | CHINAMINE TRADING LTD., ROOM 2802-2809, 28TH FLOOR, NO. 1 HUNG TO ROAD, KWUN TO, KOWLOON, HONG KONG |
| 15978941 | | DRAGON LUCK LTD., DRAPER CO., LTD., UNIT A & D, 18/F., HOOVER IND. BLDG., 26-38 KWAI CHEONG ROAD, KWAI CHUNG, N.T. HONG KONG |
| 15978949 | | ETERNAL PRODUCTION FASHION INC., FLAT A2, 11/F 270 WEST 38TH STREET, 5TH, GEE LUEN CHANG IND BLDG, 11 YUK YAT ST. TOKWAWAN, KOWLOON, HONG KONG |
| 15978970 | | GLOBAL CARGO (FAR EAST) LTD., ROOM 708, BLOCK A, 7/F., HOI LUEN IND. C, 55 HOI YUEN ROAD, KOWLOON, HONG KONG |
| 15978975 | | H.W. TEXTILES CO. LTD., UNIT A6, 31/F., TML TOWER NO. 3, HOI SHING ROAD. TSUEN WAN, N.T.,, HONG KONG |
| 15978981 | | HITISH MANUFACTURING LIMITED, UNIT F, 2/F., MAI TAK IND. BLDG., 221 WAI YIP STREET, KWUN TONG |

Case 20-10337-BLS    Doc 118    Filed 01/20/22    Page 8 of 10

| District/off: 0311-1 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: van043 | Total Noticed: 276 |

| | | |
|---|---|---|
| | | KOWLOON, HONG KONG |
| 15978983 | | HOPE POWER KNITWEAR LTD., FLAT B(1), 19/F., PRINCE IND. BLDG., 106 KING FUK STREET, SAN PO KONG, KOWLOON, HONG KONG |
| 15978993 | | JADE KNITTING & GARMENT FTYLT, BLK. A-D, 3/F, BLK A, 4/F, WAH HING IND, 36 TAI YAU STREET SAN PO KONG, KOWLOON, HONG KONG |
| 15979009 | | KNT LIMITED, 30/F., EW INT'L. TOWER, 120-124 TEXACO ROAD, TSUEN WAN, N.T. HONG KONG |
| 16432753 | | KNT Limited, 30/F EW International Tower, 120-124 Texaco, Tsuen Wan, Hong Kong |
| 15979065 | | ON PROSPECT ENTERPRISE LIMITED, NEWMARK & CO. REAL ESTATE INC., 19/F ON HONG COMM. BLDG., 145 HENNESSY ROAD, WANCHAI, HONG KONG |
| 15979066 | | ORIENTAL FLAIR (HK) LIMITED, 159-165 WO YI HOP ROAD, KWAI CHUNG, HONG KONG |
| 15979071 | | PAXAR (CHINA) LIMITED, 9/F, CITI TOWER ONE BAY EAST, 83 HOI BUN ROAD, KWUN TONG KOWLOON, HONG KONG |
| 15979078 | | PRIME SPOT INVESTMENTS LIMI, 5-15/F 163 HOI BUN ROAD, KWUN TONG, KOWLOON, HONG KONG |
| 15979087 | | RIVER GLORY LIMITED, 15/F., DAN 6, 6 FUI YIU KOK STREET, TSUEN WAN, HONG KONG |
| 16432748 | | River Glory Limited, c/o Michael Liu, 7/F, Po Shing Industrial Building, 23 Tai Yau St., San Po Kong, Hong Kong |
| 15979106 | | SUNG IL INTERNATIONAL COMPALI, FLAT D&E, 22/F, BLOCK 2, GOLDEID, 162-170 TAI LIN PAI ROAD, KWAI CHUNG, NT, HONG KONG |
| 14856919 | | Sino American Knitwear (H.K.) Ltd., Unit E2, 9/F, Dragon Ind. Bldg., 93-95 King Lam St., Kowloon, Hong Kong |
| 15979061 | | UNIT E, 2F., HOP HING IND. BLDG., 702-704 CASTLE PEAK RD., CHEUNG SHA WAN, KOWLOON, HONG KONG |
| 15979002 | *+ | KATIE STROUSE, 459 GIBBS ROAD, WELLFORD, SC 29385-9049 |
| 15978848 | *+ | THE WORTH COLLECTION, LTD, 520 8TH AVENUE, RM 2301, NEW YORK, NY 10018-4108 |
| 14619142 | ##+ | Accounting Principals, Steven Rebidas, 10151 Deerwood Park Blvd., Jacksonville, FL 32256-0592 |
| 15978932 | ##+ | CW FASTENERS & ZIPPERS COR, 142 WEST 36TH STREET, 5/FL, NEW YORK, NY 10018-8796 |
| 15978987 | ##+ | I DRIVE LOGISTICS, 2600 W. EXECUTIVE PARKWAY, STE 160, LEHI, UT 84043-3987 |
| 15978988 | ##+ | ILSHIN AMERICA, 555 8TH AVENUE, SUITE 1010, NEW YORK, NY 10018-4667 |
| 15979000 | ##+ | KAS EXPRESS, 255 WEST 36TH STREET, SUITE# 403, NEW YORK, NY 10018-7822 |
| 15979039 | ##+ | MILK STUDIOS, 450 WEST 15TH STREET, NEW YORK, NY 10011-7057 |
| 15979045 | ##+ | MISSY COX, 2948 PINE HAVEN DRIVE, BIRMINGHAM, AL 35223-1252 |
| 15979125 | ##+ | VNY MODEL MANAGEMENT INC., 928 BROADWAY, SUITE #700, NEW YORK, NY 10010-8136 |

TOTAL: 22 Undeliverable, 2 Duplicate, 8 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 20, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Davidson Sparks | |
| | on behalf of Creditor Winn Crockard ddsparks@csattorneys.com  dan-sparks-9722@ecf.pacerpro.com |
| Domenic E. Pacitti | |
| | on behalf of Debtor The Worth Collection  LTD. dpacitti@klehr.com |
| Domenic E. Pacitti | |
| | on behalf of Attorney Klehr Harrison Harvey Branzburg LLP dpacitti@klehr.com |
| Douglas T. Tabachnik | |
| | on behalf of Trustee Douglas T. Tabachnik dtabachnik@dttlaw.com  rdalba@dttlaw.com |
| Douglas T. Tabachnik | |
| | dtabachnik@dttlaw.com  rdalba@dttlaw.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 8 of 9 |
| Date Rcvd: Jan 18, 2022 | Form ID: van043 | Total Noticed: 276 |

| | |
|---|---|
| Harley J Goldstein | on behalf of Creditor Superb Stitch Inc. harleyg@goldmclaw.com teresag@goldmclaw.com |
| Harley J Goldstein | on behalf of Creditor River Glory Limited harleyg@goldmclaw.com teresag@goldmclaw.com |
| Harley J. Goldstein | on behalf of Creditor Slate Studios LLC harleyg@goldmclaw.com, teresag@restructuringshop.com |
| Harley J. Goldstein | on behalf of Creditor North East Courier Inc. harleyg@restructuringshop.com, teresag@restructuringshop.com |
| Harley J. Goldstein | on behalf of Creditor Co-Source Solutions harleyg@goldmclaw.com teresag@restructuringshop.com |
| Harley J. Goldstein | on behalf of Creditor Newell Fashion Center Inc. harleyg@goldmclaw.com teresag@restructuringshop.com |
| Jeffrey C Dan | on behalf of Trustee Douglas T. Tabachnik jeffd@goldmclaw.com |
| Jeremy William Ryan | on behalf of Interested Party Monroe Capital Management Advisors LLC jryan@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| Kate R. Buck | on behalf of Creditor 40 & 210 Meadowland Parkway LLC kbuck@mccarter.com |
| Linda J. Casey | on behalf of U.S. Trustee U.S. Trustee Linda.Casey@usdoj.gov |
| Maria Aprile Sawczuk | on behalf of Debtor The Worth Collection LTD. marias@goldmclaw.com, marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | on behalf of Creditor River Glory Limited marias@goldmclaw.com marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | on behalf of Trustee Douglas T. Tabachnik marias@goldmclaw.com marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | on behalf of Creditor Slate Studios LLC marias@goldmclaw.com, marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | on behalf of Creditor Co-Source Solutions marias@goldmclaw.com marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | on behalf of Attorney Goldstein & McClintock LLLP marias@goldmclaw.com marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | on behalf of Creditor North East Courier Inc. marias@goldmclaw.com, marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | on behalf of Creditor CK Trading Co. Ltd. marias@goldmclaw.com, marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | on behalf of Creditor Newell Fashion Center Inc. marias@goldmclaw.com marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | on behalf of Creditor Superb Stitch Inc. marias@goldmclaw.com marias@ecf.courtdrive.com |
| Matthew B. Harvey | on behalf of Interested Party MidCap Funding IV Trust mharvey@mnat.com meghan-leyh-4080@ecf.pacerpro.com;matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Noel R. Boeke | on behalf of Creditor Miromar Outlet West LLC noel.boeke@hklaw.com, wendysue.henry@hklaw.com |
| Richard Michael Beck | on behalf of Debtor The Worth Collection LTD. rbeck@klehr.com, lstanton@klehr.com |
| Ronald Mark Tucker | on behalf of Creditor Simon Property Group Inc. rtucker@simon.com, bankruptcy@simon.com |
| Sally E. Veghte | on behalf of Debtor The Worth Collection LTD. sveghte@klehr.com |
| Shannon Dougherty Humiston | on behalf of Creditor 40 & 210 Meadowland Parkway LLC shumiston@mccarter.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

District/off: 0311-1　　　　　　　　　　　User: admin　　　　　　　　　　　Page 9 of 9
Date Rcvd: Jan 18, 2022　　　　　　　　　Form ID: van043　　　　　　　　　Total Noticed: 276
TOTAL: 32