**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THE WORTH COLLECTION, LTD., | ) | Case No. 20-10337 (BLS) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AMENDED[1] AGENDA FOR HEARING SCHEDULED FOR**
**OCTOBER 26, 2022 AT 9:00 A.M. (ET)**

***THIS HEARING HAS BEEN CANCELLED WITH THE***
***PERMISSION OF THE COURT***

**MATTER WITH ORDER ENTERED:**

1.      Application for Authority to Employ and Retain Horwood, Marcus & Berk Chartered as Conflicts Counsel for the Chapter 7 Trustee [Docket No. 146; Filed 10/5/2022]

*Objection Deadline:* October 19, 2022 at 4:00 p.m. ET

*Objections Received:* None

*Related Documents:*

      a.      Certificate of No Objection with respect to Application for Authority to Employ and Retain Horwood, Marcus & Berk Chartered as Conflicts Counsel for the Chapter 7 Trustee [Docket No. 159; Filed 10/24/2022]

      b.      Order Authorizing Employment and Retention of Horwood, Marcus & Berk Chartered as Conflicts Counsel for the Chapter 7 Trustee [Docket No. 160; Entered 10/24/2022]

**Status:**      The Court has entered an Order. This matter is not going forward.

**MATTER GOING FORWARD:**

2.      Motion of the Chapter 7 Trustee for Entry of an Order Authorizing Discovery on Non-Debtor Parties Pursuant to Fed. R. Bankr. P. 2004 [Docket No. 133; Filed 9/28/2022]

*Objection Deadline:* October 5, 2022 at 4:00 p.m. ET (extended to October 6, 2022 as to MidCap Funding IV Trust and MCA Financial Group)

---

[1] The Agenda has been amended solely to correct a broken/inoperable hyperlink for participation registration.

*Objections Received:*

    a.    Limited Objection of New Water Capital, L.P. to the Motion of the Chapter 7 Trustee for Entry of an Order Authorizing Discovery on Non-Debtor Parties Pursuant to Fed. R. Bankr. P. 2004 [Docket No. 144; Filed 10/5/2022]

    b.    Response to the Motion of the Chapter 7 Trustee for Entry of an Order Authorizing Discovery on Non-Debtor Parties Pursuant to Fed. R. Bankr. P. 2004, filed by Klehr Harrison Harvey Branzburg LLP [Docket No. 145; Filed 10/5/2022]

*Related Documents:*

    a.    Notice of Amendment to Motion of the Chapter 7 Trustee for Entry of an Order Authorizing Discovery on Non-Debtor Parties Pursuant to Fed. R. Bankr. P. 2004 [Docket No. 134; Filed 9/29/2022]

    b.    Response to Objection of New Water Capital, L.P. to Trustee's Motion for Entry of an Order Authorizing Discovery on Non-Debtor Parties Pursuant to Fed. R. Bankr. P. 2004 [Docket No. 149; Filed 10/7/2022]

    c.    Certification of Counsel with Respect to Order Authorizing Discovery on Non-Debtor Parties Pursuant to Fed. R. Bankr. P. 2004 [Docket No. 152; Filed 10/11/2022]

    d.    Order Authorizing Discovery on Non-Debtor Parties Pursuant to Fed. R. Bankr. P. 2004 [Docket No. 158; Entered 10/13/2022]

**<u>Status:</u>**    This matter is ***being continued to November 9, 2022 at 11:00 a.m.*** with respect to Klehr Harrison Harvey Branzburg LLP, MidCap Funding IV Trust, and MCA Financial Group.

October 25, 2022                      Respectfully submitted,

                                   **GOLDSTEIN & McCLINTOCK LLLP**

                                   By: */s/ Maria Aprile Sawczuk*
                                   Maria Aprile Sawczuk, Esq. (Bar ID 3320)
                                   501 Silverside Road, Suite 65
                                   Wilmington, DE 19809
                                   Telephone: (302) 444-6710
                                   marias@goldmclaw.com

                                   -and-

Harley J. Goldstein, Esq. (*admitted pro hac vice*)
Amrit S. Kapai, Esq. (*admitted pro hac vice*)
Steven Yachik, Esq. (*admitted pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
amritk@goldmclaw.com
steveny@goldmclaw.com

*Counsel for the Chapter 7 Trustee*