# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| The Worth Collection, Ltd., | ) Case No. 20-10337 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| DOUGLAS T. TABACHNIK, in his capacity as the chapter 7 trustee of the bankruptcy estate of The Worth Collection, Ltd., | ) ) ) ) |
| | ) Adv. Pro. No. [Refer to Exhibit A] |
| Plaintiff, | ) |
| v. | ) |
| DEFENDANTS LISTED ON EXHIBIT A, | ) |
| Defendants. | ) |

## STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTIONS ASSIGNED TO THE HONORABLE BRENDAN L. SHANNON

Plaintiff files the attached status report providing a status of the above referenced Adversary Actions.

Dated: Wilmington, Delaware
June 19, 2024

GOLDSTEIN & MCCLINTOCK LLLP

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, Delaware 19809
Telephone: 302.444.6710
Facsimile: 302.444.6709
E-mail: marias@goldmclaw.com

*Counsel for the Plaintiff*

## STATUS "A"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| PIXAVO, LLC | 23-50160 | Will be filing Alias Summons and Amended Complaint. |

* 1 Adversary Proceeding.

## STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| American Express | 23-50154 | Alias Summons issued, Complaint served, and Stipulation extending Answer deadline granted by Court. |
| Sino American Knitwear (H.K.) Ltd. | 23-50162 | Alias Summons issued, Complaint served, and Stipulation extending Answer deadline granted by Court. |

* 2 Adversary Proceedings.

## S<small>TATUS</small> "C"
## P<small>REFERENCE</small> A<small>CTIONS</small> W<small>HERE</small> D<small>EFAULT</small> J<small>UDGMENTS HAVE BEEN</small> G<small>RANTED:</small>

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| None* | | |

* 6 Adversary Proceedings (23-50155, 23-50156, 23-50158, 23-50159, 23-50161 and 23-50163) have had default judgments entered, but the cases have since been closed by the Clerk.

## STATUS "D"
## PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| 40 & 210 Meadowland Parkway, LLC | 23-50274 | Settlement Agreement Executed, will seek Court Authorization and Dismissal. |
| Riverside Solutions, LLC | 23-50307 | Settlement Agreement Executed, will seek Court Authorization and Dismissal. |
| Miromar Outlet West, LLC | 23-50313 | Settlement Agreement Executed, will seek Court Authorization and Dismissal. |

* 3 Adversary Proceedings.

## STATUS "E"
## PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |

\* None.

## STATUS "F"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Eagle Logistic Service, Inc. | 23-50157 | Answer filed, Scheduling Order filed, and Discovery Ongoing. |
| IPFS of New York, LLC | 23-50766 | Answer filed, Scheduling Order filed, and Discovery Ongoing. |

\* 2 Adversary Proceedings.

## STATUS "G"
## CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "H"
## CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None

## STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITIVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "J"
## CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## S<small>TATUS</small> "K"
## C<small>ASES IN</small> W<small>HICH</small> A<small>N</small> A<small>PPEAL</small> I<small>S</small> P<small>ENDING</small>

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None