# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>*The Worth Collection, Ltd.*,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 20-10337 (BLS) |
| DOUGLAS T. TABACHNIK, in his capacity as the chapter 7 trustee of the bankruptcy estate of The Worth Collection, Ltd.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATTERTON MANAGEMENT COMPANY, L.L.C., *et al.*,<br><br>　　　　　Defendants. | Adv. Proc. No. 23-50315-BLS |
| DOUGLAS T. TABACHNIK, in his capacity as the chapter 7 trustee of the bankruptcy estate of The Worth Collection, Ltd.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLINE DAVIS, *et al.*,<br><br>　　　　　Defendants. | Adv. Proc. No. 23-50316-BLS |

| | |
|---|---|
| DOUGLAS T. TABACHNIK, in his capacity as the chapter 7 trustee of the bankruptcy estate of The Worth Collection, Ltd., <br><br>    Plaintiff,<br><br>    v.<br><br>ROTHSCHILD & CO US INC., *et. al.,*<br><br>    Defendants. | Adv. Proc. No. 23-50318-BLS |
| DOUGLAS T. TABACHNIK, in his capacity as the chapter 7 trustee of the bankruptcy estate of The Worth Collection, Ltd.,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLINE DAVIS, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 23-50319-BLS |
| DOUGLAS T. TABACHNIK, in his capacity as the chapter 7 trustee of the bankruptcy estate of The Worth Collection, Ltd.,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW WATER CAPITAL GP LLC, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 23-50320-BLS |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
<u>MAY 28, 2025 AT 10:00 A.M. (ET)</u>**

**AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING IS CANCELLED WITH THE PERMISSION OF THE COURT**

**ADVERSARY STATUS CONFERENCES CONTINUED:**

1. Adversary Status Conferences in Adv. Proc. Nos. 23-50315; 23-50316; 23-50318; 23-50319; and 23-50320

*Related Documents:* None.

**Status:** With the Court's permission, the status conferences are continued to a date to be determined.

| | |
|---|---|
| May 23, 2025 | Respectfully submitted,<br>**GOLDSTEIN & McCLINTOCK LLLP**<br><br>By: */s/ Maria Aprile Sawczuk*<br>Maria Aprile Sawczuk, Esq. (Bar ID 3320)<br>501 Silverside Road, Suite 65<br>Wilmington, DE 19809<br>Telephone: (302) 444-6710<br>marias@goldmclaw.com<br><br>-and-<br><br>Harley J. Goldstein, Esq. (*admitted pro hac vice*)<br>Ainsley G. Moloney, Esq. (*admitted pro hac vice*)<br>111 W. Washington Street, Suite 1221<br>Chicago, IL 60602<br>Telephone: (312) 337-7700<br>harleyg@goldmclaw.com<br>ainsleym@goldmclaw.com<br><br>*Counsel for the Chapter 7 Trustee* |