
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THE WORTH COLLECTION, LTD., | ) | Case No. 20-10337 (BLS) |
| | ) | |
| Debtor. | ) | Related to Docket No. 501 |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING AND APPROVING OMNIBUS PROCEDURES FOR APPROVAL OF THE TRUSTEE'S SETTLEMENT OF CAUSES OF ACTION OF THE ESTATE**

Upon the motion (the "*Motion*")[1] of the Trustee for entry of an order authorizing and approving omnibus procedures for settling causes of action asserted by the Trustee; the Court having reviewed the Motion and it appearing that the relief requested therein is in the best interests of the Debtor's estate, its creditors, and other parties in interest; the Court finding that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and that notice of this Motion was appropriate and sufficient under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. The Avoidance Actions Settlement Procedures are hereby approved, and the Court hereby authorizes the Trustee's settlement of the matters described in the Motion that the Trustee has reached, or reaches in the future, in accordance with the following procedures:

    (a) "Small Amounts." For compromises of Avoidance Actions in which the Identified Amount does not exceed $100,000, the Trustee's settlement shall

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

    be deemed approved at any amount deemed reasonable in the Trustee's sole discretion, without further Court approval or notice.

  (b) <u>"Identified Amount Exceeding $100,000."</u>  For compromises of Avoidance Actions in which the Identified Amount is greater than $100,000, the Trustee's settlement of such Avoidance Actions shall be deemed approved without further Court approval or notice to any party so long as the amount recovered is 40% or more of the Identified Amount. In the event that a compromise provides for recovery of less than 40% of the Identified Amount, the Trustee shall file with the Court a notice of the proposed settlement outlining the Identified Amount, the proposed settlement amount, and the reasons for entering into the compromise (a "*Settlement Notice*"), and service of such Settlement Notice shall be via electronic notice through the Electronic Case Files ("*ECF*") system upon: (i) those parties who receive ECF notice in this Case; and (ii) the Office of the United States Trustee. If no party in interest objects within ten (10) business days after a Settlement Notice is filed, the Trustee's entry into such settlement shall be deemed authorized by this Court without further Court approval. In the event a party in interest timely objects to a settlement pursuant to this subparagraph, counsel for the Trustee shall file with the Court a notice of objection, and may request a hearing on the matter to be held on no less than ten (10) business days' notice.

The notice provisions set forth above shall, under the circumstances, be deemed adequate notice for approval of the Trustee's entry into such agreements or compromises.

  3. In the event of approval of the Trustee's entry into a settlement of an Avoidance Action in accordance with this Order, the Trustee may file a notice of dismissal in any adversary proceeding related to such action.

  4. Entry of this Order is without prejudice to the Trustee's rights to seek entry of an order modifying or supplementing the relief granted herein.

  5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

  6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: September 5th, 2025  
Wilmington, Delaware

                **BRENDAN L. SHANNON**  
                **UNITED STATES BANKRUPTCY JUDGE**